

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GROVER SELLERS
ATTORNEY GENERAL

Honorable L. A. Woods
State Superintendent of Public Instruction
Austin, Texas

Dear Sir:

Opinion No. O-6305
Re: Does Article 4, Section 2,
of the current Equalization
Law, which requires that all
reports be in the State De-
partment of Education Office
not later than June 1, con-
trol in regard to pupils
living in a contracted dis-
trict, as authorized under
Article 8 of the same law?

We have your opinion request reading as follows:

"I have this problem about which I have
been requested by Superintendent S. R. LeMay of Athens
to ask your opinion and advice in order that the law
may be followed:

"The Athens School contracted with Baxter
and Mill Run Districts in Henderson County for the
year 1943-1944. Since the per capita cost of operat-
ing the colored school did not exceed the state avail-
able fund, the superintendent did not turn in a tui-
tion report on children living in those districts and
attending the elementary colored school at Athens.
Apparently the misunderstanding was due to the fact
that he felt he had already received the per capita
and that this would cover the cost of instruction, and
he was not in possession of the information that the
per capita was included as receipts in the sending
district budget and that he would have to turn in a re-
port to off-set this. When he discovered this, it was
after June 1, the time for turning in a report for high
school. As a matter of fact, he turned in a report on
August 15 on elementary colored pupils. Does Article 4,
Section 2 of the current Equalization law, which re-
quires that all reports be in this office not later

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

than June 1, control in regard to pupils living in a con-
tracted district, as authorized under Article 8 of the same
law? Stated differently, is this office authorized to ac-
cept the report on such elementaly pupils, which reach this
office on August 16 and to make a grant on same? ****"

Section 2 of Article 4 of the current Equalization
law reads as follows:

"It shall be the duty of the county
superintendent to receive and check all high school
tuition applications to determine the following
facts:  age of pupil, the district in which he was
enumerated, the district in which he lives, the dis-
trict in which he attends school, the grade in which
the pupil is classified in the receiving district, the
highest grade taught in the home district of the pupil,
and the amount of time the pupil was in actual atten-
dance at the receiving school.  When such application
has been reviewed and checked as herein provided, same
shall be properly sworn to by said county superinten-
dent, the president and/or secretary of the school
board of the sending district of the pupil, and the
superintendent of the receiving school, before said ap-
plication is transmitted to the Director of Equaliza-
tion at Austin, Texas, for his rejection, modification,
or approval, and no such application shall be considered
by the Director of Equalization unless same has been
duly deposited with him at Austin, Texas, within sixty
(60) days after his request for same, and in no instance
later than June 1 of the current school year."
(Emphasis supplied)

Article 8 of said law reads as follows:

"Upon the agreement of the board of trustees
of the districts concerned or on petition signed by a
majority of the qualified voters of the district and
subject to the approval of the county superintendent,
and the State Superintendent, a district which may be
unable to maintain a satisfactory school may transfer
its entire scholastic enrollment for one year to an ac-
credited school of higher rank.  If the receiving school

receives State aid, the scholastic census rolls both white and colored shall be combined, the per capita apportionment shall be paid direct to the receiving school, all local taxes of the sending contracting district, except those going to the interest and sinking fund shall be credited to the receiving school by the tax collector as collected, and the teacher-pupil quota shall be based on the combined census total. If the receiving school is not a State aid school, the scholastic census rolls both white and colored shall be combined, the per capita apportionment shall be paid direct to the receiving school, all local taxes of the sending contracting district except those going to the interest and sinking fund shall be credited to the receiving school by the tax collector as collected, and the sending contracting district will be eligible for as much salary aid as is necessary to supplement the State Available and Local Maintenance funds, on the scholastics from the sending district attending a school in the receiving district, to cover the approved cost of instruction per scholastic in the receiving school, provided that such approved cost shall not exceed Seven Dollars and Fifty Cents ($7.50) per month for five (5) months for high school students or Five Dollars ($5.00) per month for five (5) months for elementary students."

Section 2 of Article 4, supra, refers to and is applicable to high school applications and has no reference to applications for elementary tuition mentioned in Article 8. It seems that there is no dead line date fixed by this latter article and your office is authorized to accept the report on such elementary pupils which reach your office on August 16 and to make a grant on same if the money is still available.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By (Signed)

C. F. Gibson
Assistant

CFG:RP:Z4

APPROVED DEC 14, 1944

CARLOS C. ASHLEY

FIRST ASSISTANT ATTORNEY GENERAL

APPROVED OPINION COMMITTEE BY
GWB CHAIRMAN